# SCHWARTZ, CONROY & HACK, PC
*Making Insurance Companies Keep Their Promises*

Michail Z. Hack, Partner / MZH@schlawpc.com

January 9, 2025





**Via ECF**
Honorable Jessica G. L. Clarke
Daniel Patrick Moynihan
United States Courthouse
Southern District of New York
500 Pearl St. New York, NY 10007

RE:   *Bianchini v. The Hartford Life and Accident Insurance Company*
      Case No. 1:24-cv-06535-JGLC

Your Honor:

    We represent the Plaintiff in the above captioned action. Pursuant to Your Honor's Initial Scheduling Order [Dkt. No.:13], Plaintiff respectfully requests leave to file the attached First Amended Complaint.

    The Complaint, as amended, is substantially and materially similar to Plaintiff's initial pleading with the exception that Paragraphs "15" and "16" are changed to reflect the correct party.

    Defendant graciously consented to this amendment and no prejudice to Defendant will result if this request is granted.

    Respectfully Submitted,

    SCHWARTZ, CONROY & HACK, PC

    By: *Michail Z. Hack*
        Michail Z. Hack, Esq.

cc: *all counsel of record*

Application GRANTED. Plaintiff may file the First Amended Complaint. The Clerk of Court is directed to terminate ECF Nos. 14 and 15.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated:  January 10, 2025
       New York, New York

www.schlawpc.com
666 Old Country Rd., Suite 900, Garden City, New York 11530
Tel: 1.800.745.1755 | Fax: 516.745.0844