UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHIARA BIANCHINI,

                  Plaintiff,

-against-

THE HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,

                  Defendant.

24-CV-6535 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

    As discussed at the conference on April 23, 2025, the parties shall submit a joint status letter on the expert discovery dispute by **May 7, 2025**. The parties shall also submit a joint letter by **May 16, 2025** updating the Court on the status of settlement, and whether the parties would like to be referred for mediation or a settlement conference with a magistrate judge. For the reasons stated during the conference, the motion to strike the jury demand is GRANTED. The Clerk of Court is directed to terminate ECF No. 21.

Dated: April 23, 2025
       New York, New York

                                                  SO ORDERED.

                                                  JESSICA G. L. CLARKE
                                                  United States District Judge