UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHIARA BIANCHINI,

                Plaintiff,

    -against-

THE HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,

                Defendant.

24-CV-6535 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

    As discussed at the conference on June 11, 2025, the Court set the following briefing schedule:

- Defendant's brief regarding exhaustion of administrative remedies; Plaintiff's brief regarding the administrative record due by **July 18, 2025**;

- Oppositions due by **August 8, 2025**;

- Replies due **August 22, 2025**.

Dated: June 11, 2025
       New York, New York

                                              SO ORDERED.

                                              *Jessica Clarke*

                                              JESSICA G. L. CLARKE
                                              United States District Judge