UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHIARA BIANCHINI,

                    Plaintiff,

          -against-

THE HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

                 Defendant.

24-CV-6535 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

Under Rule 4(f)(ii) of the Court's Individual Rules and Practices for Civil Cases, "the Court requires the parties to also negotiate and submit, prior to or along with the movant's Rule 56.1 Statement, a joint Rule 56.1 Statement setting out all facts on which the parties agree."

In support of its Motion for Summary Judgment, ECF No. 39, Defendant filed its Rule 56.1 Statement on August 1, 2025. ECF No. 41. On September 2, 2025, Plaintiff filed a counter statement to Defendant's Rule 56.1 Statement. ECF No. 48. However, the parties have yet to file a joint Rule 56.1 Statement.

The Court orders the parties to file a joint Rule 56.1 Statement, consistent with the Court's Individual Rules, no later than February 4, 2026.

Dated: January 21, 2026
      White Plains, New York

                             SO ORDERED.

                             JESSICA G. L. CLARKE
                             United States District Judge